

# Fourth Court of Appeals
## San Antonio, Texas

October 21, 2019

No. 04-19-00674-CV

**IN RE KINGDOM CARGO, LLC** and Almaguer Livian Izaguirre

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Sandee Bryan Marion, Chief Justice
Luz Elena D. Chapa, Justice
Beth Watkins, Justice

On October 3, 2019, relator filed a petition for writ of mandamus and a motion for temporary relief to stay the November 4, 2019 trial setting pending final resolution of the petition for writ of mandamus. This court believes a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). The respondent and the real party in interest may file a response to the petition in this court **no later than November 6, 2019.** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

Relator's request for a stay is GRANTED. The November 4, 2019 trial setting or any subsequent trial setting in the underlying case is STAYED pending final resolution of the petition for writ of mandamus.

It is so **ORDERED** on October 21, 2019.

**PER CURIAM**

ATTESTED TO: _____
Luz Estrada
Chief Deputy Clerk

---

[1] This proceeding arises out of Cause No. DC-17-18, styled *Ashley Anais Regalado v. Almaguer Livan Izaguirre, et al.*, pending in the 229th Judicial District Court, Duval County, Texas, the Honorable Baldemar Garza presiding.